# EXHIBIT "1"



1120 20th Street NW Suite S-300
Washington, DC 20036-3437
(202) 462-0600 Fax: (202) 318-0216
www.ServicemembersCivilReliefAct.com
support@scra.com

# AFFIDAVIT IN COMPLIANCE WITH SERVICEMEMBERS CIVIL RELIEF ACT

201408015761

**District of Columbia, ss:**

Tamara J. Gibson of the Servicemembers Civil Relief Act [50 USCS Appx. Section 501 et seq.] says that he has caused a careful investigation to be made to ascertain whether or not

## KIMHONG T. HO

is in Active Duty Status as to all Departments of the Department of Defense (Army, Navy, Marine Corps, and Air Force) as well as the National Oceanic and Atmospheric Agency, Public Health Service, and Coast Guard, including information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty, and that as a result of said inquiry, affiant does hereby state that, based upon the information you have furnished, as of the Active Duty Status Date (referenced above), there is no information in the Department of Defense Manpower Data center that indicates that the individual is in Active Duty Status.

Tamara J. Gibson

This TWO-PAGE document SUBSCRIBED AND SWORN to before me on August 4, 2014

Anthony Reeves,
NOTARY PUBLIC, D.C.

My Commission Expires: December 14, 2016

1