# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRIEU, LLC,**

      **Plaintiff,**

**v.**                                           **Case No:   6:14-cv-803-Orl-40TBS**

**KIMHONG HO,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff Trieu, LLC's Motion for Default Judgment (Doc. 14) filed on August 1, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED (Doc. 17).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 7, 2014 (Doc. 17), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment (Doc. 14) is hereby **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Plaintiff Trieu, LLC and against the Defendant Kimhong Ho on the issue of liability on all counts.

4. The Defendant, his agents, servants, employees, attorneys, and all persons or entities acting in concert with Defendant are **PERMANENTLY ENJOINED** from using the mark VENETIAN NAILS & SPA, VENETIAN NAIL SPA, or any colorable

imitation of either, in connection with advertising, marketing, promoting, offering for sale, or selling in the United States nail salon services or health day spa services.   Nail salon Services and health day spa services include cosmetic body care services, facials, massages, manicures, and pedicures.

5. The Court finds that this case presents "exceptional circumstances" pursuant to 15 U.S.C. § 1117(a).

6. Plaintiff is **DIRECTED** to submit within fourteen (14) days of the date of this Order evidence on the issue of damages and attorney fees.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties