**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TRIEU, LLC,

        Plaintiff,

v.                                 Case No:   6:14-cv-803-Orl-40TBS

KIMHONG HO,

        Defendant.

**ORDER**

This cause is before the Court on Verified Motion for Attorney's Fees (Doc. 20) filed on September 9, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 29, 2014 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Verified Motion for Attorney's Fees is hereby **GRANTED**.

3. The Defendant, Kimhong Ho, **SHALL** pay to the Plaintiff, Trieu, LLC, $8,870.83 in attorney's fees and costs.

**DONE** and **ORDERED** in Orlando, Florida on October 17, 2014.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties